UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-307 (CRC)** |
| v. | : | |
| **KAREEM JENKINS,** | : | |
| **Defendant.** | : | |

## JOINT STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I. Elements and Penalties of the Offense

The essential elements of the offense of escape from custody are:

1. That the defendant escaped or attempted to escape;

2. From the custody of the Attorney General or from confinement in an institution where defendant was confined by the direction of the Attorney General; and

3. Did so at a time when such custody was pursuant to a judgment of conviction or other process issued under the laws of the United States.

Where, as here, the custody or confinement was by virtue of conviction of an offense, the penalty for escape from custody is not more than five years of incarceration per 18 U.S.C. § 751(a), a fine of up to $250,000 per 18 U.S.C. § 3571(b)(3), a term of supervised release of not more than three years pursuant to 18 U.S.C. § 3583(b)(2), and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

### II. Proffer of Facts

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. The limited purpose of this proffer

is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty. The United States and the defendant agree and stipulate as follows:

1. On December 20, 2013, the defendant was sentenced in D.C. Superior Court Case Number 2013-CF2-9094 to 18 months of imprisonment, followed by 3 years of supervised release, for First Degree Theft, a violation of 22 D.C. Code §§ 3211, 3212(a).

2. On September 1, 2017, the defendant's supervised release in Case 2013-CF2-9094 was revoked, with a term of 14 months of incarceration imposed. The defendant was committed to the custody of the Attorney General for service of the term of imprisonment.

3. On or about August 7, 2018, defendant was placed in the Residential Reentry Center, Hope Village, located at 2844 Langston Place, S.E., where he was confined by the Bureau of Prisons at the direction of the Attorney General for service of sentence.

3. As of September 6, 2018, defendant had not completed serving his sentence for his supervised release revocation in D.C. Superior Court Case Number 2013-CF2-9094 and remained committed at Hope Village.

4. On September 6, 2018, at approximately 1:28 p.m., defendant was not accounted for at Hope Village during an accountability check. He had last been accounted for at 1:20 p.m. The staff of Hope Village were unable to locate defendant anywhere in the facility.

5. At the time defendant left Hope Village grounds on September 6, 2018, he did not have permission to leave Hope Village grounds and knew that he did not have permission to leave Hope Village grounds.

6. Defendant did not return to Hope Village voluntarily. Officers of the Metropolitan Police Department made contact with defendant on November 15, 2018, in the 1900 block of 9th

Street, N.W. The defendant fled from officers on foot and was apprehended in the 1800 block of 8th Street, N.W.

                                            Respectfully submitted,

                                            JESSIE K. LIU
                                            United States Attorney
                                            D.C. Bar No. 472845

By:                 /s/
                                            C.B. Buente
                                            D.C. Bar No. 1009886
                                            Assistant United States Attorney
                                            U.S. Attorney's Office for the District of Columbia
                                            Violent Crime and Narcotics Trafficking Section
                                            555 4th Street NW
                                            Washington, DC 20530
                                            (202) 252-7043
                                            christopher.buente@usdoj.gov

**DEFENDANT'S ACKNOWLEDGEMENT**

I have read this factual proffer and discussed it with my attorney, Clark Fleckinger, Esq. I fully understand the factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 4/23/19

Kareem Jenkins
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to accept this factual proffer as true and accurate.

Date: 4/27/19

Clark Fleckinger, Esq.
Attorney for Defendant